Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   07−13768 NVA     Chapter:   13

Gary Paul Sanford Jr.
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 7/16/07.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 7/16/07

                                          Mark D. Sammons, Clerk of Court
                                          by Deputy Clerk, R Thomas 410−962−4211